JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>VISION IMAGING SUPPLIES, INC.,<br><br>Defendant.<br><br>VISION IMAGING SUPPLIES, INC.,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>SEIKO EPSON CORPORATION, et al.<br><br>Counterclaim-Defendants. | Case No. 2:21-cv-02756-MCS-JEM<br><br>**ORDER GRANTING STIPULATED FINAL CONSENT JUDGMENT AS TO VISION IMAGING SUPPLIES, INC. (ECF No. 55)** |

## CONSENT JUDGMENT

The parties having considered the facts and applicable law and having agreed to the entry of this Stipulated Final Consent Judgment and Permanent Injunction ("Consent Judgment"), and the parties having stipulated that there is no just reason for delaying entry of final judgment in this action as to Vision Imaging Supplies, Inc. (referred to herein as "Vision Imaging" or "Defendant"), it is hereby ordered, adjudged, and decreed as follows:

## FINDINGS OF FACT

1. Plaintiff Seiko Epson Corporation ("Seiko Epson") is a corporation organized and existing under the laws of Japan. Its principal place of business is located at 3-3-5 Owa Suwashi Nagano-Ken, 392-8502, Japan. Seiko Epson is in the business of manufacturing and selling a wide variety of consumer, commercial and industrial products, including ink cartridges for use with Epson printers. Subject to the exclusive licenses described below, it owns all right, title, and interest in, including the right to sue thereon and the right to recover for infringement thereof, the '116 Patent defined below.

2. Plaintiff Epson America, Inc. ("Epson America") is a corporation organized and existing under the laws of the State of California. Its principal place of business is located at 3131 Katella Avenue, Los Alamitos, California 90720. As the North American sales, marketing, and customer service affiliate of Seiko Epson, Epson America is the exclusive licensee of the '116 Patent for distributing in the United States products that are covered by the '116 Patent.

3. Plaintiff Epson Portland Inc. ("Epson Portland") is a corporation organized and existing under the laws of the State of Oregon. Its principal place of business is located at 3950 NE Aloclek Drive, Hillsboro, Oregon 97124. Epson Portland maintains an exclusive license to manufacture products in the United States

under the '116 Patent. Collectively, plaintiffs Seiko Epson, Epson America, and Epson Portland are sometimes hereinafter referred to as "Epson" or "Plaintiffs."

4. Defendant Vision Imaging is a corporation organized and existing under the laws of the State of California. It heretofore has been in the business, among others, of selling ink cartridges in the United States, including in the Central District of California.

5. Defendant has sold within and offered to sell within the United States, including in the State of California, remanufactured ink cartridges for use with Epson printers.

6. Epson owns all right, title, and interest in, including the right to sue thereon and the right to recover for infringement thereof, United States Patent No. 8,454,116 ("the '116 Patent"), which was duly and legally issued to Seiko Epson by the United States Patent and Trademark Office on June 4, 2013.

7. The '116 Patent relates generally to certain ink cartridges for printers and components thereof.

8. Epson brought this action against Defendant for infringement of the '116 Patent.

9. Defendant has sold within, and offered to sell within, the United States, including the State of California, certain ink cartridges with replacement circuit boards which were used in remanufacturing and refurbishing genuine empty Epson ink cartridges for use with Epson printers that Epson has alleged infringe claims 18-24 of the '116 Patent (hereinafter, the "Accused Products"). A listing of the Accused Products is attached hereto as "Attachment A" and is incorporated herein by reference. Defendant has denied that it infringes any valid and enforceable claims of the '116 Patent and has asserted a Counterclaim against Epson for a declaratory judgment that Epson's patent rights have been exhausted with respect to the Accused

Products. Epson has answered the Counterclaim, denying Defendants' allegations of non-infringement, exhaustion, and repair.

10. Any finding of fact which is deemed to be a Conclusion of Law is hereby adopted as such. Any Conclusion of Law which is deemed to be a finding of fact is hereby adopted as such.

11. The parties seek to terminate this litigation through this Consent Judgment.

## CONCLUSIONS OF LAW

12. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271. This Court has subject matter jurisdiction over the claims for patent infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).

13. The parties agree that this Court has personal jurisdiction over the parties, and that venue may be had in this district.

14. For purposes of enforcement of this Consent Judgment, Defendant will not challenge the validity and enforceability of the claims of the '116 Patent.

15. The parties intend and this Court explicitly orders that this Consent Judgment bars Defendant from contending in this action or any other proceeding that the Accused Products and other products that are not colorably different therefrom do not infringe the '116 Patent.

16. This Consent Judgment shall finally conclude and dispose of this litigation as to the parties to this Consent Judgment, and this Judgment shall be entitled to issue and claim preclusion effect.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:**

A. Defendant and its officers and directors, agents, servants, employees, attorneys, and distributors, who are in active concert or participation with, through, or under them and who receive actual notice of this Judgment by personal service or

otherwise, shall not make, use, sell, offer to sell, or import into the United States the Accused Products or any products not colorably different therefrom.

      B.    This Consent Judgment shall become null and void on the expiration date of the '116 Patent. This Consent Judgment shall not apply with respect to any claim of an intellectual property right that has expired or been found or adjudicated invalid or unenforceable by a court of competent jurisdiction, provided that such finding or judgment has become final and non-reviewable.

      C.    Nothing in this Consent Judgment shall be construed as an admission of liability by the Defendants, and Defendants do not concede liability.

      D.    This Court retains exclusive jurisdiction of this action, and the parties consent to venue in this Court, for the purpose of insuring compliance with this Consent Judgment and enforcement of the Confidential Settlement Agreement.

      E.    No appeal shall be taken by any party from this Consent Judgment, the right to appeal from this Consent Judgment being expressly waived by the parties.

      F.    This Consent Judgment shall finally conclude and dispose of all claims and counterclaims of Plaintiffs against Defendant and Defendant against Plaintiffs with prejudice.

      G.    Each party shall bear its own costs and attorneys' fees.

/ / /

/ / /

H.   Final Judgment shall be entered hereto, forthwith, without further notice.

The Clerk is directed to enter this Final Consent Judgment forthwith.

Dated: October 12, 2021

By _____/s/ Gray M. Buccigross_____
**Graham (Gray) M. Buccigross**
gbuccigross@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650)331-2067
Facsimile: (650) 331-4567

**Gary M. Hnath**
*ghnath@mayerbrown.com*
Brian Nese
*bnese@mayerbrown.com*
1999 K. Street, NW
Washington, DC 2006-1101
Telephone: (202) 263-3000

*Counsel for Defendant*
*Vision Imaging Supplies, Inc.*

By _____/s/ Tigran Guledjian_____
**Tigran Guledjian**
tigranguledjian@quinnemanuel.com
**Chris Mathews**
chrismathews@quinnemanuel.com
**Richard H. Doss**
richarddoss@quinnemaneul.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

*Counsel for Plaintiffs:*
*Seiko Epson Corporation,*
*Epson America, Inc., and*
*Epson Portland Inc.*

**IT IS SO ORDERED.**

DATED: October 14, 2021

*[signature]*
_____
The Honorable Mark C. Scarsi
United States District Judge

# Attachment A

Vision Imaging Supplies, Inc., Stipulated Final Consent Judgment *Seiko Epson Corporation, et al., v. Vision Imaging Supplies, Inc., et al.*, Civil Action No. 2:21-cv-02756-MRW (C.D. Cal.)

# List of Accused Products

The following ink cartridges and those no more than colorably different therefrom:

| | | | |
|---|---|---|---|
| 200XL | T200XL120 | T200XL220 | T200XL320 |
| T200XL420 | T202XL | T202XL120 | T252XL |
| T252XL120 | T252XL220 | T252XL320 | T252XL420 |
| T288XL | T288XL120 | T288XL220 | T288XL320 |
| T288XL420 | T802XL | T802XL120 | T802XL220 |
| T802XL320 | T802XL420 | | |